_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 2, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **PRESTON LATRELL FOUNTAIN** | **CASE NO. 21-50697-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
**PRESTON LATRELL FOUNTAIN (SSN # XXX-XX-0715)**

THE ORDER **(Dkt. 32)** heretofore entered in these proceedings by which the debtor's employer:

> **HUNTINGTON INGALLS**
> **ATTN: PAYROLL DEPT**
> **P O BOX 149**
> **PASCAGOULA MS 39568-0149**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**