Certificate Number: 17082-MSS-DE-041178713

Bankruptcy Case Number: 21-50697



17082-MSS-DE-041178713

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2026, at 3:33 o'clock PM MST, PRESTON L FOUNTAIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 7, 2026                By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director