**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Preston Latrell Fountain, Debtor**          **Case No. 21-50697-KMS
                                                                                    Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Preston Latrell Fountain**                                    **07/08/2026**
                  Preston Latrell Fountain                                           Date

**/s/ Thomas C. Rollins, Jr.**                                               **07/09/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                      Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                                          Gulfport Divisional Office:
Danny L. Miller, Clerk                              Danny L. Miller, Clerk
United States Bankruptcy Court            United States Bankruptcy Court
Thad Cochran US Courthouse                Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                       2012 15th St, Suite 244
Jackson, MS 39201                                 Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On July 9, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PRESTON LATRELL FOUNTAIN

CASE NO: 21-50697-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 7/9/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PRESTON LATRELL FOUNTAIN

CASE NO: 21-50697-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/9/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50697-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU JUL 9 7-48-40 PST 2026

FIRST HERITAGE CREDIT
3221 MARKET STREET  STE 2
PASCAGOULA  MS 39567-4408

HEIGHTS FINANCE CORPORATION
PO BOX 1947
GREENVILLE  SC 29602-1947

EXCLUDE

SPEEDYRAPID CASH
PO BOX 782260
WICHITA  KS 67278-2260

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ATT UVERSE
PO BOX 5014
CAROL STREAM  IL 60197-5014

AARONS
3445 DENNY AVE
PASCAGOULA  MS 39581-5414

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

EMERGENCY ROOM GROUP
PO BOX 9130
DAYTONA BEACH  FL 32120-9130

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC D
HEIGHTS FINANCE CORPORATION
PO BOX 1947
GREENVILLE  SC 29602-1947

GARDEN PARK MEDICAL CENTER
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE  SC 29602-1927

I C SYSTEM
PO BOX 64378
SAINT PAUL  MN 55164-0378

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

NPRTO SOUTHEAST  LLC
256 WEST DATA DRIVE
DRAPER  UTAH 84020-2315

EXCLUDE

(P)NAVIGATOR CREDIT UNION
ATTENTION CONSTANCE OGO
P O BOX 1647
PASCAGOULA MS 39568-1647

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

(D)NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

PHEONIX FINANCIAL SERV
PO BOX  361450
INDIANAPOLIS  IN 46236-1450

PROGRESSIVE LEASING
256 W DATA DR
DRAPER  UT 84020-2315

SINGING  RIVER HOSPITA
PO BOX 789
OCEAN SPRINGS  MS 39566-0789

SINGING RIVER HEALTH SYSTEM
CO MICHAEL J MCELHANEY  JR
P O BOX 1618
PASCAGOULA  MS  39568-1618

SOUTHERN FINANCIAL SYS
2603 OAK GROVES RD
STE B
HATTIESBURG  MS 39402-8928

SOUTHERN FINANCIAL SYS
PO BOX 529
JACKSON  MS 39205-0529

EXCLUDE

SPEEDY CASH
3611 N RIDGE RD
WICHITA  KS 67205-1214

(D)SPEEDYRAPID CASH
PO BOX 782260
WICHITA  KS 67278-2260

ST MARY EMERGENCY GROU
1125 MARGUERITE ST
MORGAN CITY  LA 70380-1855

EXCLUDE

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

DEBTOR

WORLD ACCEPTANCE CORP
PO BOX 6429
GREENVILLE  SC 29606-6429

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

PRESTON LATRELL FOUNTAIN
3628 SUTER ROAD
GAUTIER  MS 39553-5434

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749