United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-50697-KMS |
| Preston Latrell Fountain | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Aug 04, 2026 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Preston Latrell Fountain, 3628 Suter Road, Gautier, MS 39553-5434 |
| 5011875 | + | First Heritage Credit of Mississippi, LLC d/b/a 1s, Heights Finance Corporation, PO Box 1947, Greenville, SC 29602-1947 |
| 5011088 | + | Singing River Hospita, PO Box 789, Ocean Springs, MS 39566-0789 |
| 5011089 | + | Southern Financial Sys, PO Box 529, Jackson, MS 39205-0529 |
| 5011092 | + | St Mary Emergency Grou, 1125 MARGUERITE ST, Morgan City, LA 70380-1855 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Aug 04 2026 19:57:00 | First Heritage Credit, 3221 Market Street, Ste 2, Pascagoula, MS 39567-4408 |
| cr | + | Email/Text: bankruptcy@curo.com | Aug 04 2026 19:57:00 | Heights Finance Corporation, P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| 5011079 | + | EDI: ATTWIREBK.COM | Aug 04 2026 23:48:00 | AT&T UVerse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 5011078 | + | Email/Text: kendall@leaseaarons.com | Aug 04 2026 19:57:00 | Aaron's, 3445 Denny Ave, Pascagoula, MS 39581-5414 |
| 5011082 | | EDI: IRS.COM | Aug 04 2026 23:48:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5011080 | + | Email/Text: pba_legal@duvasawko.com | Aug 04 2026 19:57:35 | Emergency Room Group, P.O. Box 9130, Daytona Beach, FL 32120-9130 |
| 5014582 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 19:55:59 | Garden Park Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 5011081 | + | EDI: LCIICSYSTEM | Aug 04 2026 23:48:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5011083 | + | Email/Text: ebone.woods@usdoj.gov | Aug 04 2026 19:57:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5011084 | + | Email/Text: melissa.martin@kfcu.org | Aug 04 2026 19:57:00 | KEESLER FEDERAL CREDIT UNION, PO BOX 7001, BILOXI, MS 39534-7001 |
| 5011085 | | Email/Text: bankruptcy@navigatorcu.org | Aug 04 2026 19:57:00 | Navigator Credit Union, Pob 1647, Pascagoula, MS 39567 |
| 5014015 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2026 19:57:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |

District/off: 0538-6      User: mssbad      Page 2 of 3

Date Rcvd: Aug 04, 2026      Form ID: 3180W      Total Noticed: 26

| | | | |
|---|---|---|---|
| 5012426 | + EDI: NFCU.COM | Aug 04 2026 23:49:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5011087 | + Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2026 19:57:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5053625 | ^ MEBN | Aug 04 2026 19:51:39 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5011090 | + Email/Text: angiec@mysfsinc.com | Aug 04 2026 19:57:00 | Southern Financial Sys, 2603 Oak Groves Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 5011091 | + Email/Text: bkinfo@ccfi.com | Aug 04 2026 19:57:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5012234 | + Email/Text: bkinfo@ccfi.com | Aug 04 2026 19:57:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5011093 | ^ MEBN | Aug 04 2026 19:52:11 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5023602 | + EDI: AIS.COM | Aug 04 2026 23:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5011094 | + Email/Text: bk@worldacceptance.com | Aug 04 2026 19:57:00 | World Acceptance Corp, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5012466 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5011086 | ##+ | Pheonix Financial Serv, P.O. Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Preston Latrell Fountain jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-6                       User: mssbad                                Page 3 of 3
Date Rcvd: Aug 04, 2026                    Form ID: 3180W                              Total Noticed: 26

Thomas Carl Rollins, Jr

on behalf of Debtor Preston Latrell Fountain trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Preston Latrell Fountain** | Social Security number or ITIN   **xxx–xx–0715** |
| | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name     Middle Name     Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–50697–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Preston Latrell Fountain**

Dated: <u>8/4/26</u>

**By the court:**       <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                           **Chapter 13 Discharge**                           page 2