IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: PRESTON LATRELL FOUNTAIN

CHAPTER 13
CASE NO. 21-50697-KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

---

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| SPEEDY/RAPID CASH | $13.54 |

ADDRESS OF CREDITOR
PO BOX 780408
WICHITA KS 67278

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date: NOVEMBER 19, 2026

Signed: /s/ Warren A. Cuntz, Jr.,
Chapter 13 Standing Trustee
Warren A. Cuntz, Jr.