Generated: Nov 23, 2026 1:18PM



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Nov 23, 2026 1:18PM

Warren A Cuntz, Jr., Chap 13 Trustee

Rcpt. No: 30001221 Trans. Date: Nov 23, 2026 1:18PM Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 23-50981-KMS | 1 | 18.28 | 18.28 |
| UC | UNCLAIMED FUNDS | 21-50697-KMS | 1 | 13.54 | 13.54 |
| UC | UNCLAIMED FUNDS | 23-50539-KMS | 1 | 55.27 | 55.27 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #762093 | 11/23/2026 | $87.09 |
| | | | Total Due Prior to Payment: | $87.09 |
| | | | Total Tendered: | $87.09 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor**: Jonathon M. Bunton

**Debtor**: Preston Latrell Fountain

**Debtor**: Cryshanna S Hayes

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 762093 |

| Printed |
|---|
| 11/19/2026 |

| Issue Date |
|---|
| 11/19/2026 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 2350981 | BUNTON, JONATHON M | 0613 | | $.00 | 18.28 |
| ORIGINAL CHECK 758457 07/31/2026 COMMUNITY BANK OF MISSISSIPPI 1380 26TH AVENUE ATTN M COOK GULFPORT MS 39501 | | | | | |
| 2150697 | FOUNTAIN, PRESTON LATRELL | 0715 | | $.00 | 13.54 |
| ORIGINAL CHECK 758838 07/31/2026 SPEEDY / RAPID CASH P O BOX 782260 WICHITA KS 67278 | | | | | |
| 2350539 | HAYES, CRYSHANNA S | 1275 | | $1,553.01 | 55.27 |
| ORIGINAL CHECK 758882 07/31/2026 TITLEMAX OF GEORGIA INC 15 BULL STREET SUITE 200 SAVANNAH GA 31401 | | | | | |
| | | | | TOTAL | 87.09 |

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

NOV 23 2026

Danny L. Miller, Clerk of Court
By:____________,Deputy Clerk

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

RETURN SERVICE REQUESTED

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 39503
02 7H
0006216384

$ 000.78⁰
NOV 19 2026

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
NOV 23 2026
Danny L. Miller, Clerk of Court
By: ______, Deputy Clerk

39201$5028 C006